180

Peyton NORVILLE, Petitioner, v. COMMIS-
SIONER OF INTERNAL REVENUE,
Respondent.

William J. NORVILLE, Petitioner, v. COM-
MISSIONER OF INTERNAL REV-
ENUE, Respondent.

Mrs. W. B. BELLINGRATH, Petitioner, v.
COMMISSIONER OF INTERNAL
REVENUE, Respondent.

Nos. 7462, 7463, 7465.

Circuit Court of Appeals, Fifth Circuit.
April 29, 1935.

Geo. E. H. Goodner, of Washington, D.
C., for petitioners.

Frank J. Wideman, Asst. Atty. Gen., and
Sewall Key and Maurice J. Mahoney, Sp.
Assts. to Atty. Gen., for respondent.

Before BRYAN, FOSTER, and
WALKER, Circuit Judges.

PER CURIAM.

The petitioner in each of the above num-
bered and entitled causes having, by stipula-
tion entered therein, admitted that he, or
she, is liable as a transferee for any tax
against the petitioner wherein Marine
Transport Company is petitioner and the
Commissioner of Internal Revenue is re-
spondent, 77 F.(2d) 177, which may re-
sult from this court's final decision in that
case, and this court having rendered its de-
cision in that case to the effect that the pe-
titioner therein is subject to the tax liability
asserted against it, the petition for review in
each of the three above numbered and en-
titled causes set out in the caption is denied.